UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ARTHUR MURPHY,

                              Plaintiff,

            -against-

AUTOZONERS, LLC, (d/b/a AUTOZONE AUTO
PARTS STORE 4778), LENWORTH SEWELL,
*individually*, and IRZSAUD JAIKERAN (a/k/a
Mark), *individually*

                              Defendants.

**DECLARATION OF
LAURIE M. RILEY, ESQ.**

22-cv-00911

I, Laurie M. Riley, Esq., an attorney duly admitted to this Court *pro hac vice*, hereby declare under penalty of perjury as follows:

1.      I am an attorney for Defendants AutoZoners, LLC (incorrectly named as "d/b/a AUTOZONE AUTO PARTS, STORE 4778"), Lenworth Sewell, and Irzsaud Jaikeran.

2.      Attached hereto as Exhibit A are excerpts from the Deposition of Irzsaud Jaikeran.

3.      Attached hereto as Exhibit B are excerpts from the Deposition of Lenworth Sewell.

4.      Attached hereto as Exhibit C are excerpts from the Deposition of Plaintiff.

Dated:  November 17, 2023

Respectfully submitted,

*/s/ Laurie M. Riley*
Laurie M. Riley, Esq. (Florida Bar No.: 657751)
(Admitted *Pro Hac Vice*)
Jones Walker LLP
201 South Biscayne Boulevard, Suite 3000
Miami, FL 33131
Telephone:   305-679-5728
Facsimile: 305-679-5816
Email:  lriley@joneswalker.com

And

1

#101788227v1
#101788227v3

Tracy E. Kern, Esq. (Louisiana Bar No.: 20246)
(Admitted *Pro Hac Vice*)
Jones Walker LLP
201 St. Charles Avenue, 47th Floor
New Orleans, LA 70170
Telephone: 504-582-8134
Facsimile: 504-589-8134

And

Michael D. Billok, Esq. (Bar Roll No. 516448)
Bond Schoeneck & King PLLC
268 Broadway, Suite 104
Saratoga Springs, New York 12866
Telephone: (518) 533-3236
Facsimile: (518) 533-3299
Email: mbillok@bsk.com
*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this *Declaration of Laurie M. Riley, Esq.* was served on counsel for

Plaintiff, Arthur Murphy, on November 17, 2023, by email.

Melissa Vo, Esq.
Phillips & Associates,
Attorneys at Law, PLLC
45 Broadway, Suite 430
New York, New York 10006
mvo@tpglaws.com

*/s/ Laurie M. Riley*
Laurie M. Riley

2