UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK


ARTHUR MURPHY,

        Plaintiff,

vs.                                              Case No.
                                                 22-cv-00911

AUTOZONERS, LLC, (d/b/a AUTOZONE
AUTO PARTS, STORE 4778), LENWORTH
SEWELL, individually, and IRZSAUD
JAIKERAN (a/k/a Mark),
individually,

        Defendants.
_____/




                    IRZSAUD JAIKERAN

             Thursday, May 4, 2023
             1:04 p.m. - 3:42 p.m.


        LOCATION:  Video Conference


EXHIBIT

A

times --

A.    Yeah.

Q.    -- between January 6th and January 9th, correct?

A.    Yes.

Q.    What did he call you about?

A.    Well, Mr. Murphy know he was on schedule to work the 6th, the 7th, and the 9th, right?  So on the 6th he called and told me that he's not going to come to work.  I think that was my day off. Okay?

So that's okay because that's a regular thing he do, call out a lot, and he called me the 7th, "Mark, I'm not coming into work today."

"Why, Murphy?"

For some reason.  I said, "Okay.  No problem."

Now on the 9/20 call and say he's not coming in again, I said, "Murphy, what's going on, man? You're calling out a lot.  You're putting me on the strain."

He said, "Mark, I got better things to do," and he put the phone down.

Q.    On the 9th he said that?

A.    Yeah, on the 9th.

Q.    Okay.