UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

* * * * *

ARTHUR MURPHY,              )
                           )
        Plaintiff,         )
                           )
                           )
  vs.                      )Case No.:
                           )22-cv-00911
AUTOZONERS, LLC, (dba      )
AUTOZONE AUTO PARTS,       )
STORE 4778), LENWORTH      )
SEWELL, individually,      )
and IRZSAUD JAIKERAN       )
(aka Mark)individually,)
                           )
        Defendants.        )
                           )
_____/


LENWORTH SEWELL

Wednesday, May 3, 2023

2:37 p.m. - 5:37 p.m.

LOCATION:  Via Videoconference

**EXHIBIT**

**B**

phone call?

A. Yes.

Q. And you indicated that Mr. Murphy had told you that Mark had said that he wanted to fire everyone and hire his own people, do you recall him saying that to you?

A. He stated that Mark wanted to hire his own people.

Q. He didn't tell you Mark wants to hire only Guyanese people, did he?

A. NO.

Q. Have you ever had another Store Manager say something similar like that to you, "I want to hire my own people"?

A. Very similar.

Q. Okay. And can you tell me what the context of that means?

A. When they're having coverage issues, staffing issues, they communicate wanting to hire their own people that were committed to the store Autozone and obviously the cost.

Q. When an individual is promoted to the Store Manager position, they are appointed a store to run; is that correct?

119

A.   That is correct.

Q.   And they then become responsible for the current staff that is in that store; is that correct?

A.   That is correct.

Q.   So they wouldn't have any say in who is working for them, at least for the first few months they are there; is that right?

A.   That is correct.

Q.   And is that the context in which you've heard that statement made by other Store Managers?

A.   Majority of the time, yes.

Q.   And is that how you understood the comment that Mr. Murphy relayed to you by Mark?

A.   Yes.

Q.   It had nothing to do with race?

A.   That is correct.

Q.   And is that why you didn't report that to Human Resources?

A.   That is correct.

Q.   Because you did not consider it to be a complaint of discrimination?

A.   That is correct.

Q.   At any time, did Mr. Murphy ever make a complaint of discrimination to you?

A.   No.

Q.   Now, you sat here today and you heard him testify that Mark referred to him as "boy" on multiple occasions.  Do you recall him saying that?

A.   Never.

Q.   Is that offensive to you?

A.   It would be, yes.

Q.   Did Mr. Murphy ever, ever tell you that Mark had referred to him as "boy"?

A.   No.

Q.   Would you have taken action had he said so?

A.   Yes.

Q.   Did you ever see Mark treat anyone differently based on their race?

A.   No.

Q.   All right.  I want to talk a little bit about Mr. Murphy's transfer to 4778.  How did you assist him in that process?

A.   The Autozoner requested to move closer proximity to his home and I facilitated