UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------x

ARTHUR MURPHY,                    Case No. 22-cv-00911

          Plaintiff,

        -against-

AUTOZONERS LLC, (d/b/a AUTOZONE AUTO

PARTS STORE 4778), LENWORTH SEWELL,

individually and IRZSAUD JAIKERAN

(a/k/a Mark), individually,

          Defendants.

------------------------------------x

          May 3rd, 2023          **CERTIFIED TRANSCRIPT**

          9:35 a.m.


    VIDEOTAPED DEPOSITION of ARTHUR KEWAN

MURPHY, taken by counsel for Defendants,

at the offices of AutoZone Auto Parts,

3505 Hempstead Turnpike, Levittown, New

York 11756, before Amy Klein Campion, a

Shorthand Reporter and Notary Public

within and for the State of New York.


JOB NO.: 443727

 

**EXHIBIT**

**C**

- ARTHUR KEWAN MURPHY -

is?

A.    It might -- it sounds familiar.

**Q.    You never spoke to him, did you?**

A.    It sounds familiar.  I believe I might have talked to him.

**Q.    When?**

A.    I'm not sure.  But I'm not sure if that's the individual's name or not, so I can't really...

**Q.    Okay.  Well, do you know what his phone number is?**

A.    Not off the back of my head, no.

**Q.    So are you telling me under oath that you had a phone call with Mr. Callejas or you just don't remember?**

A.    It's possible.  If he's HR, then most likely that's who I talked to.

**Q.    Well, the HR numbers that you had that you shared with us, those phone numbers, those aren't HR numbers.  Are you aware of that?**

A.    What number, ma'am?  Because you're saying the number is not a number but what number are you actually referring



                  - ARTHUR KEWAN MURPHY -

to that's not HR's number?

Q.     There is an HR number, 908-787-1670.

A.     Yes, ma'am.

Q.     And it says, "HR."

A.     Okay.

Q.     That's not Mr. Callejas' phone number.  Are you aware of that?

A.     So how could I be aware of that's his number or he changed it or not?

Q.     He never changed his number, I'll represent to you.  He is being deposed on Friday and he didn't change his number like you did.

Who in HR at 908 did you talk to?  Who did you talk to?

A.     Most likely Mr. -- whoever you're saying is Angel, that's most likely the number -- the number you're saying it was attached to -- that most likely was him.

Q.     Well, I'm representing to you that the 908 number is not the number that was posted in the store to contact Angel

